1  I. NEEL CHATTERJEE (STATE BAR NO. 173985)
   nchatterjee@orrick.com
2  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
3  Menlo Park, CA  94025
   Telephone:      +1-650-614-7400
4  Facsimile:      +1-650-614-7401

5  JEFFREY L. COX (admitted Pro Hac Vice)
   jcox@orrick.com
6  RANJIT NARAYANAN (admitted Pro Hac Vice)
   rnarayanan@orrick.com
7  ORRICK, HERRINGTON & SUTCLIFFE LLP
   701 Fifth Avenue, Suite 5700
8  Seattle, WA  98401
   Telephone:      +1-206-839-4300
9  Facsimile:      +1-206-839-4301

10 Attorneys for Defendant AMAZON.COM, INC.

11

12 DIANE SUE RICE
   drice@hosielaw.com
   SPENCER HOSIE
13 shosie@hosielaw.com
   GEORGE F. BISHOP
14 gbishop@hosielaw.com
   WILLIAM PATRICK NELSON
15 wnelson@hosielaw.com
   HOSIE RICE LLP
16 Transamerica Pyramid
   600 Montgomery Street
17 34th Floor
   San Francisco, CA 94111
18 Telephone:     415-247-6000
   Facsimile:     415-247-6001
19
   Attorneys for MASTEROBJECTS, INC.
20
                  UNITED STATES DISTRICT COURT
21
               NORTHERN DISTRICT OF CALIFORNIA
22
                   SAN FRANCISCO DIVISION
23

24 MASTEROBJECTS, INC.,                    | Case No. CV 11-01055 CRB

25              Plaintiff/Counter-Defendant,

26      v.                                 | **STIPULATED REQUEST TO
                                           | RESCHEDULE CASE MANAGEMENT
                                           | CONFERENCE AND [PROPOSED]
27 AMAZON.COM, INC.,                       | ORDER RESCHEDULING CASE
                                           | MANAGEMENT CONFERENCE**
28              Defendant/Counter-Claimant.

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

JOINT STIPULATION AND [PROPOSED] ORDER
RESCHEDULING CMC
CASE NO. CV11-01055 CRB

1

2          1.       WHEREAS, other pending cases in this District, including *MasterObjects v.*

3    *Google, Inc.*, Case No. CV 11-01054 PJH ("the Google case"), involve the same patent at issue in

4    the instant case and were brought by the same plaintiff, MasterObjects, Inc. ("MasterObjects), as

5    in the instant case.

6          2.       WHEREAS on June 3, 2010, pursuant to Civil Local Rules 3-12 and 7-11,

7    Amazon.com, Inc. ("Amazon") filed an Administrative Motion to Consider Whether Cases

8    Should Be Related ("Amazon's Motion To Relate"), seeking to relate the instant case to the

9    Google case. (Case No. CV 11-01054 PJH, Dkt. Nos. 15-17).

10         3.       WHEREAS United States District Judge Hamilton, presiding in the Google case,

11   has not yet ruled on Amazon's Motion To Relate.

12         4.       WHEREAS,  on June 6, 2011, the Court Staff issued a Notice of Electronic Filing

13   or Other Case Activity in the Google case, stating "Deadlines terminated."  (Case No. CV 11-

14   01054 PJH, Docket text dated 6/6/2011).

15         5.       WHEREAS, to avoid the burden – both on the Court and the parties – of preparing

16   for and participating in a Case Management Conference in the instant case that may be rendered

17   superfluous by Judge Hamilton's ruling, the parties respectfully request that the Case

18   Management Conference be rescheduled for July 8, 2011, or another date specified by the Court.

19         6.       WHEREAS the following changes have previously been made to deadlines in this

20   case:

21         •   Deadlines in the case were terminated on March 3, 2011, after the parties declined

22             to proceed before a U.S. Magistrate Judge and requested reassignment to a United

23             States District Judge.  (Docket text dated 3/3/2011).

24         •   An Extension of Time to Answer was granted on March 31, 2011.  (Dkt. No. 10).

25

26         THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the

27   parties appearing below through their undersigned respective attorneys of record, based on the

28   foregoing, and subject to the approval of this Court, that:

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

- 1 -

JOINT STIPULATION AND [PROPOSED] ORDER
RESCHEDULING CMC
CASE NO. CV11-01055 CRB

1       a.      Rescheduling the Case Management Conference to **July 8, 2011** will have no

2  appreciable effect on the schedule for the case.

3       b.      The Case Management Conference in this case, currently scheduled for June 17,

4  2011, be rescheduled to      August 12 , 2011, at  8:30 a.m..

7  ~~PURSUANT TO STIPULATION~~, **IT IS SO ORDERED.**

9  DATED:   August 10, 2011 

                                        Honorable Charles R. Breyer
United States District Judge



ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

JOINT STIPULATION AND [PROPOSED] ORDER
RESCHEDULING CMC
CASE NO. CV11-01055 CRB

1   Submitted by:

2

3   Dated:  June 8, 2011            By: _____ /s/ I. Neel Chatterjee /s/_____

4                                   I. NEEL CHATTERJEE (STATE BAR NO. 173985)
                                    nchatterjee@orrick.com
                                    ORRICK, HERRINGTON & SUTCLIFFE LLP
5                                   1000 Marsh Road
                                    Menlo Park, CA  94025
6                                   Telephone:    +1-650-614-7400
                                    Facsimile:    +1-650-614-7401
7
                                    JEFFREY L. COX (admitted Pro Hac Vice)
8                                   jcox@orrick.com
                                    RANJIT NARAYANAN (admitted Pro Hac Vice)
9                                   rnarayanan@orrick.com
                                    ORRICK, HERRINGTON & SUTCLIFFE LLP
10                                  701 Fifth Avenue, Suite 5700
                                    Seattle, WA  98401
11                                  Telephone:    +1-206-839-4300
                                    Facsimile:    +1-206-839-4301
12
                                    Attorneys for AMAZON.COM, INC.
13

14  Dated:  June 8, 2011            By: _____ /s/ Spencer Hosie /s/_____

15                                  DIANE SUE RICE
                                    drice@hosielaw.com
                                    SPENCER HOSIE
16                                  shosie@hosielaw.com
                                    GEORGE F. BISHOP
17                                  gbishop@hosielaw.com
                                    WILLIAM PATRICK NELSON
18                                  wnelson@hosielaw.com
                                    HOSIE RICE LLP
19                                  Transamerica Pyramid
                                    600 Montgomery Street
20                                  34th Floor
                                    San Francisco, CA 94111
21                                  Telephone:    415-247-6000
                                    Facsimile:    415-247-6001
22
                                    Attorneys for MASTEROBJECTS, INC.
23

24

25

26

27

28

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

JOINT STIPULATION AND [PROPOSED] ORDER
RESCHEDULING CMC
CASE NO. CV11-01055 CRB